1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Ricky Ramos
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                          **WESTERN DIVISION**
9

10

11 | RICKY RAMOS,                         | ) Case No.: 2:16-cv-06502-CAS-AFM
12 |                                      | )
   |         Plaintiff,                   | ) /~~PROPOSED~~/ ORDER OF
13 |                                      | ) DISMISSAL
   |     vs.                              | )
14 | NANCY A. BERRYHILL, Acting           | )
   | Commissioner of Social Security,     | )
15 |                                      | )
16 |         Defendant.                   | )

17

18
       The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
       IT IS SO ORDERED.
21

22 DATE: 3/13/2017

23                                  _____
                                    ALEXANDER F. MACKINNON
24                                  UNITED STATES MAGISTRATE JUDGE

25

26

-1-

DATE: March 8, 2017

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Steven G. Rosales*
Steven G. Rosales
Attorney for plaintiff Ricky Ramos

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:16-CV-06502-CAS-AFM**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 8, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*

_____
Steven G. Rosales
Attorneys for Plaintiff
_____